UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: GAD L. HOLLAND (P26655)

Petitioner.
_____/

No. 13-MC-51308
Honorable Patrick J. Duggan
Honorable Arthur J. Tarnow
Honorable Victoria A. Roberts

## ORDER

Petitioner Gad L. Holland was suspended from the practice of law in the State of Michigan on August 2, 2013 for a period of sixty (60) days effective August 24, 2013. On August 22, 2013, this Court suspended the license of Gad L. Holland to practice in the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan.

Mr. Holland's right to practice in the state courts of Michigan was automatically reinstated – without the necessity of a hearing – on January 16, 2014 pursuant to Michigan Court Rules 9.123(A) following his filing of an Affidavit of Compliance with the Michigan Supreme Court.

On December 20, 2013, Mr. Holland filed an Application for Reinstatement pursuant to L.R. 83.22 seeking reinstatement of his license to practice law before the United States District and Bankruptcy Courts for the Eastern District of Michigan.

Pursuant to E.D. Mich. L.R. 83.22(g)(3), the Application for Reinstatement was referred to this panel.

The panel has received a copy of the Grievance Administrator's reinstatement report, which contains the panel's proceedings and findings and conclusions regarding the

misconduct which led to the suspension. The panel has carefully reviewed the Grievance Administrator's reinstatement report. On May 12, 2014, a hearing was held before this panel. At this hearing, the panel received information from Mr. Holland, and from Rhonda Pozehl, representing the State of Michigan Attorney Grievance Commission. The panel was advised that the Attorney Grievance Commission has no objection to Mr. Holland's request to be reinstated to practice law in this court. Based on the information submitted by the Attorney Grievance Commission, and the information received by the panel at the hearing on May 12, 2014, the panel unanimously agrees that Mr. Holland's Petition for Reinstatement to practice law in the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan should be granted.

Therefore,

**IT IS ORDERED** that Gad L. Holland's license to practice law in the United States District Court for the Eastern District of Michigan and United States Bankruptcy Court for the Eastern District of Michigan is hereby reinstated pursuant to E.D. Mich. L.R. 83.22.

s/Patrick J. Duggan
PATRICK J. DUGGAN
United States District Judge

s/Arthur J. Tarnow
ARTHUR J. TARNOW
United States District Judge

s/Victoria A. Roberts
VICTORIA A. ROBERTS
United States District Judge

Dated:     May 27, 2014
           Detroit, Michigan